O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. PAYNE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO BANK N.A.; ) <br> NDEX WEST, LLC; AND DOES ) <br> 1 THROUGH 10 INCLUSIVE, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. EDCV 13-00044-VAP (SPx) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** <br><br> **[Motion filed on May 6, 2013]** |

Before the Court is a motion to dismiss the second amended complaint filed by Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (Doc. No. 23) ("Motion"). Defendant NDEx West, LLC ("NDEx") filed a request for joinder in the Motion on May 7, 2013 (Doc. No. 25) ("Joinder Request").[1] The Motion is appropriate for resolution without a hearing, and accordingly, the Court VACATES the

---

[1] As neither Wells Fargo nor Plaintiff oppose the Joinder Request, joinder is granted and the Court will consider the Motion to have been made on behalf of NDEx, as well.

June 10, 2013 hearing.  See Fed. R. Civ. P. 78; L.R. 7-15.

On February 25, 2013, Plaintiff David L. Payne, appearing pro se, filed a first amended complaint in this Court against Wells Fargo and NDEx (Doc. No. 17).  Wells Fargo filed a motion to dismiss (to which NDEx joined) on March 14, 2013.  Plaintiff failed to oppose that motion, and the Court granted Defendants' motion, with leave to amend.

On April 19, 2013, Plaintiff filed a second amended complaint in this Court against Wells Fargo and NDEx (Doc. No. 22) ("SAC").  Wells Fargo filed the instant Motion, with a hearing date of June 10, 2013.  Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for the hearing of the motion.  Plaintiff has filed no timely opposition.  Under Local Rule 7-12, the Court construes a party's failure to oppose a motion as the party's consent to the Court granting it.  The Court therefore GRANTS the Motion, and DISMISSES Plaintiff's SAC, without prejudice.

Dated: May 22, 2013

VIRGINIA A. PHILLIPS
United States District Judge

2