JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. PAYNE,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK N.A.;<br>NDEX WEST, LLC; AND DOES<br>1 THROUGH 10 INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 13-00044-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 22, 2013

                                    VIRGINIA A. PHILLIPS
                             United States District Judge